FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 17 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EURAL DEWAYNE DEBBS, SR.,

Plaintiff,

v.

HARBORVIEW MEDICAL CENTER, et al.,

Defendants.

Case No. C12-479-JLR-JPD

ORDER DENYING PLAINTIFF'S
REQUESTS FOR PRELIMINARY
INJUNCTIVE RELIEF

The Court, having reviewed plaintiff's amended complaint, plaintiff's requests for preliminary injunctive relief, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's requests for preliminary injunctive relief (Dkt. Nos. 16 and 29) are DENIED.

ORDER DENYING PLAINTIFF'S
REQUESTS FOR PRELIMINARY
INJUNCTIVE RELIEF - 1

12-CV-00479-ORD

(3) The Clerk is directed to send copies of this Order to plaintiff, to all counsel of record, and to the Honorable James P. Donohue.

DATED this 17th day of September, 2012.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DENYING PLAINTIFF'S
REQUESTS FOR PRELIMINARY
INJUNCTIVE RELIEF - 2