FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 17 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

12-CV-00479-PET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EURAL DEWAYNE DEBBS, SR.,<br><br>Plaintiff,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER, *et al.*,<br><br>Defendants. | Case No. C12-479-JLR-JPD<br><br>ORDER GRANTING DEFENDANT HARBORVIEW'S MOTION TO DISMISS |

The Court, having reviewed plaintiff's amended complaint, defendant Harborview Medical Center's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Harborview Medical Center's motion to dismiss (Dkt. No. 49) is GRANTED. All federal constitutional claims asserted against defendant Harborview in

ORDER GRANTING DEFENDANT
HARBORVIEW'S MOTION TO
DISMISS - 1

1  plaintiff's amended complaint are DISMISSED with prejudice and all state law claims are

2  DISMISSED without prejudice.

3        (3)   The Clerk is directed to send copies of this Order to plaintiff, to all counsel of

4  record, and to the Honorable James P. Donohue.

5        DATED this 17th day of Sept., 2012.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANT
HARBORVIEW'S MOTION TO
DISMISS - 2