FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 20 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            BY DEPUTY

12-CV-00479-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EURAL DEWAYNE DEBBS, SR.,<br><br>                Plaintiff,<br><br>v.<br><br>HARBORVIEW MEDICAL CENTER, *et al.*,<br><br>                Defendants. | Case No. C12-479-JLR<br><br>ORDER GRANTING DEFENDANT DUMAS'S MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's amended complaint, defendant Dumas's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendant Dumas's motion for summary judgment (Dkt. No. 80) is GRANTED. All federal constitutional claims asserted against defendant Dumas in plaintiff's amended

ORDER GRANTING DEFENDANT
DUMAS'S MOTION FOR SUMMARY
JUDGMENT - 1

complaint are DISMISSED with prejudice and all state law claims are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff, to all counsel of record, and to the Honorable James P. Donohue.

DATED this 20th day of May, 2013.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANT
DUMAS'S MOTION FOR SUMMARY
JUDGMENT - 2